# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Douglas D. Warthan | 18–01475 |
| Debtor(s) |  |

## NOTICE CANCELLING HEARING
## ON TRUSTEE'S MOTION FOR SUMMARY JUDGMENT (Doc. 99)

TO:
Bradley R. Kruse, Attorney for Debtor(s)
Renee K. Hanrahan, Trustee
United States Trustee

NOTICE IS HEREBY GIVEN that the above matter(s) scheduled for March 29, 2019 at 10:30 a.m. is hereby *CANCELLED*.

Debtor filed his Response to Trustee's Motion for Summary Judgment (See Doc. 133) and withdrew his exemption pursuant to Iowa Code Sec. 627.6(16) set for in his Schedule C. Debtor is directed to file an appropriate amendment to his Schedules. Trustee's Motion is, therefore, moot.

MEGAN R. WEISS
Acting Clerk, Bankruptcy Court
by:

*Gail Jones*

Date: March 27, 2019

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101