United States Bankruptcy Court
Northern District of Iowa

In re:                                                                    Case No. 18-01475-TJC
Douglas D. Warthan                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin              Page 1 of 1            Date Rcvd: Mar 27, 2019
                              Form ID: pdf902           Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
aty            +Frank Anderson,    Tri State Towing & Recovery,    748 State Road 11,
                 Hazel Green, WI 53811-9613
aty            +James H. Arenson,    Arenson Law Group, PC,    425 2nd St. SE,    Suite 900,
                 Cedar Rapids, IA 52401-1848
intp           +Hong Derek,    Hong Law,    425 Second St SE, Ste 950,    Cedar Rapids, IA 52401-1813
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 27 2019 21:52:28
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Bradley R. Kruse    on behalf of Creditor David  Warthan bkruse@dickinsonlaw.com,
               awatson@dickinsonlaw.com
              Dan  Childers     on behalf of Creditor Mark D. Birdnow dchilders@elderkinpirnie.com,
               aharrison@elderkinpirnie.com;lpalumbo@elderkinpirnie.com
              Eric W. Lam    on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com,
               tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com
              Gina L Kramer     on behalf of Creditor Eric  Froemke kramer@rkenline.com,
               r42465@notify.bestcase.com
              Janet G. Reasoner    on behalf of U.S. Trustee    United States Trustee janet.g.reasoner@usdoj.gov
              Joseph A. Peiffer    on behalf of Creditor David  Warthan joe@ablsonline.com,
               hannah@ablsonline.com;jeff@ablsonline.com;peifferjr52528@notify.bestcase.com
              Lisa  Billman     on behalf of Creditor   Dubuque Bank and Trust Company iabkndecf@southlaw.com,
               lisa.billman@southlaw.com;ksbkecf@ecf.courtdrive.com
              Renee K. Hanrahan    rhanrahan@southslope.net,    rhanrahan@ecf.axosfs.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

U.S. Bankruptcy Court, Northern District of Iowa CMECF  Page 1 of 2
Case 18-01475   Doc 148   Filed 03/29/19   Entered 03/30/19 00:04:38   Desc Imaged
Certificate of Notice   Page 2 of 3

## File a Court document:

#### 18-01475 Douglas D. Warthan

Type: bk  Chapter: 7 v  Office: 2 (Dubuque)
Assets: y  Judge: TJC
Case Flag: CLAIMS, NODSC, NTCAPR, MEANSNO, IneligClose

To see the form, click on the hyperlink below:
**18-01475:** *Final canclhrg form*   (8 recipients)  (9 e-recipients)

---

### United States Bankruptcy Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from gjon entered on 3/27/2019 at 8:41 AM CDT and filed on 3/27/2019
**Case Name:**   Douglas D. Warthan
**Case Number:**   18-01475
**Document Number:** 139

**Docket Text:**
Notice Cancelling Hearing on Trustee's Motion for Summary Judgment (related document(s)[99] Motion) (gjon)

The following document(s) are associated with this transaction:

**18-01475 Notice will be electronically mailed to:**

Lisa Billman on behalf of Creditor Dubuque Bank and Trust Company
iabkndecf@southlaw.com, lisa.billman@southlaw.com;ksbkecf@ecf.courtdrive.com

Dan Childers on behalf of Creditor Mark D. Birdnow
dchilders@elderkinpirnie.com, aharrison@elderkinpirnie.com;lpalumbo@elderkinpirnie.com

Renee K. Hanrahan
rhanrahan@southslope.net, rhanrahan@ecf.axosfs.com

Gina L Kramer on behalf of Creditor Eric Froemke
kramer@rkenline.com, r42465@notify.bestcase.com

Bradley R. Kruse on behalf of Creditor David Warthan
bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com

Eric W. Lam on behalf of Plaintiff Renee K. Hanrahan
ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com

https://jenie.ao.dcn/ianb-ecf/cgi-bin/Dispatch.pl?795032516474359   03/27/2019

Joseph A. Peiffer on behalf of Creditor David Warthan
joe@ablsonline.com,
hannah@ablsonline.com;jeff@ablsonline.com;peifferjr52528@notify.bestcase.com

Janet G. Reasoner on behalf of U.S. Trustee United States Trustee
janet.g.reasoner@usdoj.gov

United States Trustee
USTPRegion12.CR.ECF@usdoj.gov

**18-01475 Notice will not be electronically mailed to:**

Frank Anderson
Tri State Towing & Recovery
748 State Road 11
Hazel Green, WI 53811

James H. Arenson
Arenson Law Group, PC
425 2nd St. SE
Suite 900
Cedar Rapids, IA 52401

BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Hong Derek
Hong Law
425 Second St SE, Ste 950
Cedar Rapids, IA 52401

Eric W. Lam
115 Third St. SE, Ste. 1200
Cedar Rapids, IA 52401