United States Bankruptcy Court
Northern District of Iowa

In re:  
Douglas D. Warthan  
      Debtor

Case No. 18-01475-TJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 1     Date Rcvd: Mar 27, 2019  
                     Form ID: pdf902     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db            #Douglas D. Warthan,    12350 Barony Dr,    Dubuque, IA  52001-9636
aty           +Frank Anderson,    Tri State Towing & Recovery,     748 State Road 11,
               Hazel Green, WI 53811-9613
aty           +James H. Arenson,    Arenson Law Group, PC,    425 2nd St. SE,    Suite 900,
               Cedar Rapids, IA 52401-1848
cr            +David Warthan,    12350 Barony Drive,    Dubuque, IA  52001,    UNITED STATES 52001-9636
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
          Bradley R. Kruse    on behalf of Creditor David  Warthan bkruse@dickinsonlaw.com,
           awatson@dickinsonlaw.com
          Dan  Childers     on behalf of Creditor Mark D. Birdnow dchilders@elderkinpirnie.com,
           aharrison@elderkinpirnie.com;lpalumbo@elderkinpirnie.com
          Eric W. Lam    on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com,
           tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com
          Gina L Kramer     on behalf of Creditor Eric  Froemke kramer@rkenline.com,
           r42465@notify.bestcase.com
          Janet G. Reasoner     on behalf of U.S. Trustee    United States Trustee janet.g.reasoner@usdoj.gov
          Joseph A. Peiffer    on behalf of Creditor David  Warthan joe@ablsonline.com,
           hannah@ablsonline.com;jeff@ablsonline.com;peifferjr52528@notify.bestcase.com
          Lisa  Billman     on behalf of Creditor    Dubuque Bank and Trust Company iabkndecf@southlaw.com,
           lisa.billman@southlaw.com;ksbkecf@ecf.courtdrive.com
          Renee K. Hanrahan    rhanrahan@southslope.net,    rhanrahan@ecf.axosfs.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: | Chapter 7 |
| DOUGLAS D. WARTHAN | Case No. 18-01475 |
| Debtor. | Honorable Thad J. Collins |
| | **ORDER GRANTING CONSENT MOTION TO RESCHEDULE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

This matter coming before the court upon the Debtor's *Consent Motion to Reschedule Hearing on Motion for Summary Judgment* [Docket No. 136] (the "Motion"), the Court having reviewed the Motion and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT the Motion is granted. The telephonic hearing currently set on the Trustee's Motion for Summary Judgement (Doc. 103) is hereby rescheduled to April 26, 2019 at 11:00 a.m. by telephone conference call. ERIC LAM, ATTORNEY FOR TRUSTEE, IS TO INITIATE THE TELEPHONE CALL. THIS HEARING WILL BE DIGITALLY RECORDED.

Dated and Entered   March 27, 2019

The Honorable Thad J. Collins
United States Bankruptcy Judge