UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: ) CHAPTER 7
) CASE NO. 18-01475D
DOUGLAS D. WARTHAN, )
)
        Debtor. )

ORDER GRANTING AGREED MOTION TO EXTEND
TIME TO FILE OBJECTION TO DISCHARGE

The matter before the court is the United States Trustee's agreed motion to extend his deadline to file an objection to debtor's discharge pursuant to 11 U.S.C. § 727. The current deadline is January 4, 2020. The United States Trustee requests an extension to and including April 3, 2020. The motion states that debtor's counsel consents to the request for relief. The court finds that cause exists to grant the extension of time pursuant to Bankruptcy Rule 4004(b)(1).

THEREFORE, IT IS ORDERED that the deadline to file an objection to debtor's discharge pursuant to 11 U.S.C. § 727 is extended to and including April 3, 2020 for the United States Trustee only.

Dated and entered:
December 26, 2019

_____
United States Bankruptcy Judge

Prepared by:
Office of U.S. Trustee