# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. |
| DOUGLAS D. WARTHAN, | ) | 18-01475D |
| | ) | |
| | ) | |
| | ) | AGREED MOTION TO |
| | ) | EXTEND SECTION 727 FILING |
| | ) | DEADLINE FOR THE |
| | ) | UNITED STATES TRUSTEE |
| Debtor. | ) | |

The U. S. Trustee respectfully moves the Court for an order extending the deadline to file a motion to object to debtor's discharge under 11 U.S.C. §727. In support of this motion, the undersigned states as follows:

1. Debtor filed his chapter 7 petition on October 23, 2018 (doc. 1).

2. Pursuant to an Order entered on December 26, 2019 (doc. 211) the current deadline for the United States Trustee to file an objection to discharge under 11 U.S.C. §727 is April 3, 2020.

3. The deadline may be extended for cause under Bankruptcy Rules 1017(e)(1) and 4004(b).

4. The U.S. Trustee is attempting to verify the accuracy of the schedules and statement of financial affairs.

5. Cause exists to extend the section 727 filing deadline for 60 days.

6. Debtor's counsel consents to the extension.

For the reasons stated, the U.S. Trustee respectfully moves for an order extending

the 11 U.S.C. §727 filing deadline to June 2, 2020 for the U.S. Trustee only.

DATED this 27th day of March, 2020.

Respectfully submitted,

James L. Snyder
Acting United States Trustee
Region 12

By: /s/Janet G. Reasoner
    Janet G. Reasoner
    Assistant U.S. Trustee
    U.S. Courthouse
    111 7th Ave SE, Box 17
    Cedar Rapids, IA  52401
    (319)/ 364-2211 fax 364-7370

# CERTIFICATE OF SERVICE

The undersigned certifies that copies of this document were served on the parties listed below by electronic mail or first-class mail, postage prepaid, on March 27, 2020:

    Renee K. Hanrahan, Ch 7 Trustee
    Bradley R. Kruse, Debtor's attorney

    Parties requesting notice pursuant to Bankruptcy Rule 2002

                                            */s/ Jennifer L. Cline*
                                            Jennifer L. Cline
                                            Paralegal Specialist